| | |
|---|---|
| 1 | Scott A. Lieske, Esq. #016250 |
| 2 | 3838 N. Central Ave., Ste. 800<br>Phoenix, Arizona 85012 |
| 3 | (602) 277-8996<br>(602) 253-8346 facsimile |
| 4 | Attorney for Russell A. Brown, Chapter 13 Trustee |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ROZANNA GUTIERREZ,<br><br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2-10-BK-17614 CGC<br><br>**NOTICE OF RE-SCHEDULED §341 MEETING OF CREDITORS AND CERTIFICATE OF MAILING** |

**NOTICE IS GIVEN** that due to scheduling conflicts, the Trustee is unable to conduct the Meeting of Creditors currently scheduled for July 14, 2010 at 12:00 p.m..

**NOTICE IS FURTHER GIVEN** that the Chapter 13 Trustee will conduct the §341 Meeting of Creditors on July 14, 2010, at **8:30 a.m.** at the U.S. TRUSTEE MEETING ROOM, 230 N. 1st Ave., Suite 102, Phoenix, Arizona.

Dated: June 10, 2010.

/s/ Scott Lieske
Scott A. Lieske, Esq.   ABN 16250
Staff Attorney for Chapter 13 Trustee
*SLieske@ch13bk.com*

| | |
|---|---|
| 1 | **CERTIFICATE OF MAILING** |
| 2 | I, Scott A. Lieske, Esq. do hereby certify that a copy of the **Notice of Rescheduled §341** |
| 3 | **Meeting of Creditors** was mailed on June 10, 2010 to all parties on the Debtors' master mailing list |
| 4 | attached hereto. |
| 5 | Dated: June 10, 2010. |
| 6 | |
| 7 | |
| 8 | /s/ Scott Lieske<br>Scott A. Lieske, Esq.   ABN 16250<br>Staff Attorney for Chapter 13 Trustee |
| 9 | *SLieske@ch13bk.com* |

| Label Matrix for local noticing<br>0970-2<br>Case 2:10-bk-17614-CGC<br>District of Arizona<br>Phoenix<br>Thu Jun 10 12:04:43 MST 2010 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | ARIZONA FCU<br>PO BOX 60070<br>Phoenix AZ 85082-0070 |
|---|---|---|
| American General Finance<br>745 W Baseline Road, Ste. 1<br>Tempe AZ 85283-5948 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | CITIMORTGAGE INC<br>P.O. BOX 9438<br>Gaithersburg MD 20898-9438 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | GE Capital/Mervyns<br>P.O. Box 981400<br>El Paso TX 79998-1400 |
| GE Capital/Walmart<br>P.O. Box 981400<br>El Paso TX 79998-1400 | GE Money Bank/Lowes<br>P.O. Box 981064<br>El Paso TX 79998-1064 | GEMB/Ultimate Electron<br>P.O. Box 981439<br>El Paso TX 79998-1439 |
| HOME DEPOT/CBSD<br>PO BOX 6497<br>Sioux Falls SD 57117-6497 | HSBC<br>P.O. BOX 5253<br>Carol Stream IL 60197-5253 | Lane Bryant Retail<br>450 Winks Lane<br>Bensalem PA 19020-5932 |
| MACYS/DSNB<br>9111 DUKE BLVD<br>Mason OH 45040-8999 | Target Corp<br>P.O. Box 673<br>Minneapolis MN 55440-0673 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| Wells Fargo Financial Cards<br>3201 N 4th Avenue<br>Sioux Falls SD 57104-0700 | JOSEPH W. CHARLES<br> LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311-1737 | ROZANNA GUTIERREZ<br>1619 W DUNBAR DRIVE<br>PHOENIX, AZ 85041-6909 |
| RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012-1965 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Best Buy/HSBC<br>P.O. Box 15524<br>Wilmington DE 19850 | DISCOVER FINANCIAL SERVICES<br>P. O. Box 15316<br>Wilmington DE 19850 | End of Label Matrix<br>Mailable recipients   21<br>Bypassed recipients    0<br>Total                    21 |